# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0106. JUSTIN STEDHAM  v. CHENGXIANG HAN.**

Upon consideration of Appellant's "Emergency Motion for Stay Pending Appeal and Request for Supersedeas," the same is hereby DENIED. See OCGA § 44-7-56 (3).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/02/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*